

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00188-CR

QUINCY DEMOND BLAKELY                                    APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

### FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY
### TRIAL COURT NO. CR-2015-06355-E

----------

## MEMORANDUM OPINION[1]

----------

Appellant Quincy Demond Blakely attempts to appeal from the trial court's order denying his motion for pretrial release on a personal bond. We notified Blakely of our concern that we lack jurisdiction to consider the trial court's denial because it is not a final judgment of conviction, but he did not respond to our notice. *See* Tex. R. App. P. 44.3; *Ragston v. State*, 424 S.W.2d 49, 52 (Tex.

---

[1]*See* Tex. R. App. P. 47.4.

Crim. App. 2014). As we stated in our notice to Blakely, we do not have jurisdiction to consider his appeal from the trial court's order. *See Ragston*, 424 S.W.3d at 52; *Ex parte Briscoe*, No. 02-15-00223-CR, 2015 WL 5893470, at *1 n.2 (Tex. App.—Fort Worth Oct. 8, 2015, no pet.). Therefore, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: GABRIEL, KERR, and PITTMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 28, 2018